RECEIVED

# United States Bankruptcy Court

### For the District of Puerto Rico

SEP 2

IN RE

Eva M. Pastrana Ortiz            CASE No.: 09-08857-MCF

Debtor(s)    Chapter 13

## PETITION

I, Eva M. Ortiz Pastrana appear, in its own right and respectfully states, claims and requests:

1. My name is Eva Maria Ortiz Pastrana, social security number    -3002, married. My physical and mailing address is:

<u>263 Creekside Way</u>

<u>Orlando, Fl. 32824</u>

2. The petitioner is responsible for filing Bankruptcy Law, Cap. 13, Case Number: 09-08857, based in San Juan, PR, in October 2009.

3. Case Number: 09-08857 was closed last April 10, 2015, by the Honorable Judge Mildred Flores Caban, for the failure to submit requested final document to proceed well with the successful completion of the same. (SeeExhibit 1)

4. That the requested document, Certificate of Debtor Education, could not be presented on the dates requested because I am out of Puerto Rico since August 2013, and due to ignorance of the process I'm being affected.

5. The petitioner is interested in the process culminating in Bankruptcy Law submitting the final document requested for the discharge thereof.

6. I understand and acknowledge that this action requested involves some monetary expenses, which I am willing to pay as soon as you grant my petition to reopen my case and I report the amount thereof.